Andrew J. Guzzo (HI-SBN 010586)
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 7400
Honolulu, HI 96813
Telephone: 808-664-4651
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAMOREA CLAY, | |
| Plaintiff, | Civil No. 1:25-cv-00167-JAO-RT |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CHECKR, INC.** |
| CHECKR, INC., | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1., Plaintiff hereby dismisses this action with prejudice as to Defendant Checkr, Inc. ("Checkr"). No fees or costs are sought to be awarded between Plaintiff or Checkr. This dismissal includes all of Plaintiff's claims against Checkr and there are no remaining claims following this dismissal.

Because the parties have agreed to this stipulation, Plaintiff submits that dismissal is appropriate under Rule 41(a)(1)(A)(ii).

And this matter has ended.

Respectfully submitted this 10th day of August 2025.

Respectfully submitted,

/s/ *Andrew J. Guzzo*

Andrew J. Guzzo, HI-SBN 010586
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 7400
Honolulu, HI 96813
Telephone: 808-664-4651
Email: aguzzo@kellyguzzo.com

*Counsel for Plaintiff*

/s/ *Kristin N. Ivanco*

Kristin N. Ivanco (HI-SBN010531)
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2300
Sacramento, CA 95814
Telephone: (916) 498-7064
Facsimile: (916) 558-4893
Email: kivanco@seyfarth.com

*Counsel for Defendant Checkr, Inc.*

**APPROVED AS TO FORM:**

Dated:  August 11, 2025, Honolulu, Hawai'i



Jill A. Otake
United States District Judge